99 A.3d 826

IN THE MATTER OF JUSTIN PAUL CHRISTODORO, AN ATTORNEY AT LAW (ATTORNEY NO. 017312004).

October 9, 2014.

## ORDER

This matter having been duly presented on the motion of **JUSTIN PAUL CHRISTODORO** of **PARAMUS,** who was admitted to the bar of this State in 2004, and who was transferred to disability inactive status pursuant to *Rule* 1:20–12 by Order of the Court filed August 29, 2013, seeking to be restored to active status to practice law;

And the Office of Attorney Ethics having interposed no objection to the relief sought;

And good cause appearing;

It is ORDERED that the motion is granted, and **JUSTIN PAUL CHRISTODORO** is hereby restored to active status, effective immediately.